NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**YANGZHOU BESTPAK GIFTS & CRAFTS CO., LTD.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

AND

**BERWICK OFFRAY LLC,** ·
*Defendant-Appellee.*

---

2012-1312

---

Appeal from the United States Court of International Trade in case no. 10-CV-0295, Senior Judge Judith M. Barzilay.

---

## ON MOTION

---

## O R D E R

Yangzhou Bestpak Gifts & Crafts Co., Ltd. moves for a 14-day extension of time, until June 25, 2012, to file its opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN 0 8 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Bruce M. Mitchell, Esq.
Renee A. Gerber, Esq.
Gregory C. Dorris, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 0 8 2012

JAN HORBALY
CLERK